UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-457-RJC

| | |
|---|---|
| JOSEPH WARREN CORPAL, TIMOTHY E. SNODGRASS, RICHARD D. GEE, LAURALEA D. ERMEL, MICHAELJOHN KUDLIK, AND JAMES H. GOODE, JR., <br><br>Plaintiffs,<br><br>vs.<br><br>GARY A. FITZER,<br><br>Defendant. | ORDER |

This matter came before the Court upon the parties' Joint Application for Confirmation of Arbitration Award and Entry of Order Directing Expungement. (Doc. No. 2).

**IT IS ORDERED THAT:**

1. The Arbitration Award dated January 18, 2008 is confirmed and final judgment is entered in accordance therewith.

2. The arbitration claim filed by Gary A. Fitzer, titled:

   *Gary A. Fitzer vs. Burch & Co., Ari Financial Services, Inc., Joseph Warren Corpal, Timothy E. Snodgrass, Richard D. Gee, Anton R. Burch, William B. Candler, Lauralea D. Ermel, Michaeljohn Kudlik, and James H. Goode, Jr.*, FINRA Case No. 07-02092

   shall be expunged from the records maintained by the Financial Industry Regulatory Authority and the Central Records Depository as to: Joseph Warren Corpal, Timothy E. Snodgrass, Richard D. Gee, Lauralea D. Ermel, Michaeljohn Kudlik, and James H. Goode, Jr.

Signed: October 20, 2008

Robert J. Conrad, Jr.
Chief United States District Judge